**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-7734**

─────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ALBERT MANNING SCOTT, SR.,

                                    Defendant - Appellant.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-89-186)

─────────

Submitted:  January 30, 2003          Decided:  February 5, 2003

─────────

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Albert Manning Scott, Sr., Appellant Pro Se.  Richard Stanley Glaser, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Manning Scott, Sr., appeals the district court's order adopting the magistrate judge's recommendation to deny relief on Scott's motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Scott</u>, No. CR-89-186 (M.D.N.C. Oct. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>